# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

EPSILON ENERGY USA, INC.

*Plaintiff*

v.

CHESAPEAKE APPALACHIA, LLC

*Defendant*

Civil Action No.: **3:22−CV−00679−JFS**
Hon. Joseph F. Saporito Jr.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gregory J. Krock
    McGuireWoods LLP
    Tower Two−Sixty
    260 Forbes Avenue
    18th Floor
    Pittsburgh, PA 15222−3142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER J. WELSH
*CLERK OF COURT*

s/ − Ed Petroski
*Signature of Clerk or Deputy Clerk*



Scanned with CamScanner

Civil Action No.: 3:22-CV-00679-JFS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Chesapeake Appalachia, LLC

was received by me on (date) 5/10/22 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Amy Stowe , who is

designated by law to accept service of process on behalf of (name of organization) The

Corporation Company on (date) 5/10/22 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

5/10/22
Date

*Server's Signature*
2019.46 Oklahoma County

Jagen M. Tucker / Oklahoma County Process Se[rver]
*Printed name and title*

3111 West Wilshire Blvd, Oklahoma City, Ok[la]
*Server's Address*

Additional information regarding attempted service, etc:

Scanned with CamScanner