IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Epsilon Energy USA, Inc., | ) ) ) ) ) ) |
| **Plaintiff(s),** | ) ) |
| v. | ) ) |
| Chesapeake Appalachia, LLC, | ) ) ) ) ) ) Civil Action No. 3:22-cv-00679-JFS |
| **Defendant(s)/** **Third-Party Plaintiff(s),** | ) ) ) |
| v. | ) ) ) |
| | ) ) ) ) ) ) ) |
| **Third-Party Defendant(s).** | ) ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Plaintiff**,
                                                                                                (type of party)
who is **Epsilon Energy USA, Inc.**, makes the following disclosure:
         (name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES      ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Epsilon Energy Ltd.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

Epsilon Energy Ltd.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Gregory J. Krock
Signature of Counsel for Party

Date: May 19, 2022