IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILKES-BARRE
MAY 26 2022
PER M$\zeta$
DEPUTY CLERK

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | |
| Plaintiff, | : | |
| v. | : | NO. 3:22-cv-00679 |
| CHESAPEAKE APPALACHIA, L.L.C., | : | MAGISTRATE JUDGE SAPORITO |
| Defendant. | : | ELECTRONICALLY FILED |

## ORDER

AND NOW, this 26th day of May 2022, upon consideration of the Unopposed Motion for Extension of Time for Chesapeake Appalachia, L.L.C. to Answer, Move or Otherwise Respond to Epsilon Energy USA, Inc.'s Complaint, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The deadline for Chesapeake Appalachia, L.L.C. to answer, move or otherwise respond to the Complaint is extended 21-days, until June 21, 2022.

*Joseph F. Saporito, Jr.*
Joseph F. Saporito, Jr.
United States Magistrate Judge