IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EPSILON ENERGY USA, INC., | : | Civil No. 3:22-CV-00679 |
| Plaintiff, | : | |
| v. | : | |
| CHESAPEAKE APPALACHIA, LLC, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 1st day of August, 2022, upon consideration of Defendant's motion for a stay in this case pending resolution of the appeals pending before the Court of Appeals for the Third Circuit, Doc. 13, as well as the briefing in connection with this motion, Doc. 16, 18, 19, **IT IS ORDERED THAT:**

1. The motion to stay, Doc. 13, is **GRANTED**. The issues presented in the instant litigation overlap with those on appeal before the Third Circuit, and the court finds that a stay of the instant case is the most efficient use of judicial and party resources. Moreover, the court finds that Plaintiff will not be prejudiced by a stay pending resolution of these appeals. Indeed, the parties chose to pursue an appeal with the Third Circuit, rather than continuing to pursue their claims with this court. *See Epsilon Energy USA, Inc. v. Chesapeake Appalachia, LLC*, No. 1:21-CV-00658 (M.D. Pa.

1

2021) at Docs. 135, 138.  The accompanying delay is part of the costs of litigation.

2. All further proceedings and all pending deadlines in this case are stayed pending further order of court.  Under the circumstances presented in this case, the court finds that the duration of the stay is not unreasonable in light of the parties' representations that the Third Circuit has indicated that it will issue a decision by Spring 2023.

3. The parties shall notify the court within fourteen days when the appeals have resolved by filing a joint status report.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania